# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 12, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

149091

IN RE WHITE

_____

MARK EARL WHITE,

      Plaintiff-Appellant,

v

                                      SC: 149091
                                      COA: 318905

OAKLAND CIRCUIT COURT,

      Defendant-Appellee.

_____

      On order of the Chief Justice, plaintiff-appellant having failed to pay the partial filing fee as required by the order of April 23, 2014, the Clerk of the Court is hereby directed to close this file.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 12, 2014 _____

jam



                               Clerk